IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VISION-PARK PROPERTIES and**
**VISION BANK,**

    **Appellants**

v.                                   CASE NO. 3:12-cv-511-MW/EMT

**SEASIDE ENGINEERING &**
**SURVEYING, INC.,**

    **Appellee.**

_____/

## ORDER ON APPELLEE'S MOTION FOR SUBSTANTIVE ADJUDICATION OF APPEAL

Before this Court is Appellee Seaside Engineering & Surveying, Inc.'s ("Movant") Motion for Substantive Adjudication of Appeal on the Briefs and the Record or Alternatively for Hearing on Merits of Appeal. This really is not a motion. It is really a demand for a ruling on the merits. The Motion is **GRANTED** inasmuch as this Court will issue a ruling in due time. In so ruling, it bears noting that significant judicial resources have been devoted to addressing the motion to dismiss based on equitable mootness thus delaying a ruling on the merits.

    SO ORDERED on January 24, 2014.

                                                    s/Mark E. Walker          
                                                    **United States District Judge**